**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6484**

FRED D. DOUTY,

             Plaintiff - Appellant,

        v.

DAVID BALLARD, Warden, Mt. Olive Correctional Complex; PAUL
PERRY, Associate Warden of Security, Mt. Olive Correctional
Complex; STEVE CAUDILL, Captain, Mt. Olive Correctional
Complex; RONNIE WILLIAMS, Captain, Mt. Olive Correctional
Complex; CHRIS BLAKE, Principal, Mt. Olive Correctional
Complex; JAMES PENNINGTON, Educational Instructor, Mt. Olive
Correctional Complex; and; MIKE CLEMENS, Case Manager, Mt.
Olive Correctional Complex; are sued in their individual and
official capacities,

             Defendants - Appellees.

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  John T. Copenhaver,
Jr., District Judge. (2:13-cv-24714)

Submitted: August 20, 2015          Decided: August 24, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fred D. Douty, Appellant Pro Se.  John Herbert Boothroyd, WEST
VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia;
Greg S. Foster, Assistant Attorney General, Charleston, West

Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred D. Douty appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying Douty's motion to amend his amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Douty v. Ballard</u>, No. 2:13-cv-24714 (S.D.W. Va. Mar. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>